IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| TIFFANY FULLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:18cv157-MHT |
| | ) | (WO) |
| FIREBIRDS RESTAURANT | ) | |
| INTERNATIONAL, LLC, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

OPINION

Plaintiff filed this lawsuit asserting claims of employment discrimination. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 29th day of January, 2020.

　　　　　　　　　　　　　／s/ Myron H. Thompson　
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE